UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-0260 FMO (MRWx) | Date | June 12, 2017 |
| Title | Brian Whitaker v. Pacific Investments I and M, LLC, et. al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

     Pursuant to the Court's Order of March 8, 2017, the parties were required to complete a settlement conference before a mediator from the court's ADR Panel no later than May 22, 2017. (See Dkt. 14, Court's Order of March 8, 2017, at 1). The parties were required to file with the court a Joint Status Report no later than seven days after the ADR proceeding was completed advising the court of the status of the alleged violations and their mediation efforts. (See id.). As of the filing date of this Order, the parties have not filed a Joint Status Report. (See, generally, Dkt.).

     Accordingly, IT IS ORDERED THAT, no later than **June 16, 2017**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of March 8, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |